IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LILLIAN L. GLENN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:00CV00676 SWW |
| | * | |
| ALLTEL COMMUNICATIONS, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is plaintiff's motion for reconsideration of this Court's July 8, 2005, Order granting the July 6, 2005, motion of her court-appointed attorney to withdraw. *See* docket entry 73. Plaintiff contends this Court lacked jurisdiction because she filed a Notice of Appeal on July 6, 2005. She also argues her court-appointed counsel did not comply with Ark.R.Civ.P. 64 which addresses the specific steps counsel must take in order to withdraw.

After seven court-appointed attorneys were allowed to withdraw as counsel for plaintiff, Mr. Boyce E. Hawk was appointed on October 28, 2004, to represent plaintiff pursuant to Local Rule 83.7 in all proceedings in this case. After the Court granted defendant's motion for summary judgment and dismissed plaintiff's case, Mr. Hawk filed a Notice of Appeal and a motion to withdraw as counsel. As for this Court's appointment, Mr. Hawk's representation of plaintiff was complete with his filing of the Notice of Appeal.

IT IS THEREFORE ORDERED that the motion for reconsideration [docket entry 76] is denied.

DATED this 8TH day of August 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE