IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LILLIAN L. GLENN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:00CV00676 SWW |
| | * | |
| ALLTEL COMMUNICATIONS, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is plaintiff's amended motion for reconsideration of this Court's Order granting the motion of her court-appointed attorney to withdraw. The motion is denied. Mr. Hawk was appointed to represent plaintiff by virtue of her *in forma pauperis* status. His appointment was complete with his filing of the Notice of Appeal.

IT IS THEREFORE ORDERED that the amended motion for reconsideration is denied.

DATED this 30th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT